UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA  :

    - v. -  :

DENISE LABOY and  :
JERRY MELENDEZ,
                                       :

            Defendants.  :

- - - - - - - - - - - - - - - - - -x

INDICTMENT

08 CRIM 382

## COUNT ONE

The Grand Jury charges:

From in or about October 1999, through in or about April 2006, in the Southern District of New York and elsewhere, DENISE LABOY, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, LABOY received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COUNT TWO

The Grand Jury further charges:

From in or about May 2003, through in or about April 2008, in the Southern District of New York and elsewhere, JERRY MELENDEZ, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, MELENDEZ received federal housing subsidies, to which he was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DENISE LABOY and JERRY MELENDEZ,

Defendants.

**INDICTMENT**

08 Cr.

(18 U.S.C. §§ 641, 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

*4/29/08 Indictment returned. Case assigned to Judge Daniels*