United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 6 2008

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 13, 2008

**By Facsimile**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

SO ORDERED
The conference is rescheduled
to June 3, 2008 at 9:45 a.m.

MAY 15 2008 *George B. Daniels*
HON. GEORGE B. DANIELS

Re: United States v. Denise Laboy and Jerry Melendez
08 Cr. 382 (GBD)

Dear Judge Daniels:

The defendants in the above-referenced case were arraigned this afternoon before Magistrate Judge Theodore H. Katz. I write respectfully to request that Your Honor schedule an initial pretrial conference for Tuesday, June 3, 2008, at 9:45 a.m., which I understand to be an available time for the Court.

I further respectfully request that the Court exclude time until June 3, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), to permit the Government to produce and the defendants to review discovery. The ends of justice served by such an exclusion of time outweigh the best interest of the public and the defendants in a speedy trial. Sabrina P. Shroff, Esq. Attorney for defendant Denise Laboy, and Lawrence D. Gerzog, Esq., attorney for defendant Jerry Melendez, consent to this exclusion of time.

I appreciate the Court's consideration of these matters.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *JPC*
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2390

cc: Sabrina P. Shroff, Esq. (by facsimile)
Lawrence D. Gerzog, Esq. (by facsimile)