AUSA John P. Cronan
(212) 637-2779

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| **United States District Court** | **DISTRICT**<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DENISE LABOY and<br>JERRY MELENDEZ | **DOCKET NO.**<br>08 CRIM 382 | **MAGISTRATE'S CASE NO.** |
| | **NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>JERRY MELENDEZ<br>86 Brabant Street<br>Staten Island, NY 10303 | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | **DISTRICT OF ARREST** | |
| TO:<br>ANY AUTHORIZED LAW ENFORCEMENT OFFICER | **CITY** | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Theft of public money

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>§§ 641, 2 |
|---|---|---|
| | **BAIL** | **OTHER CONDITIONS OF RELEASE** |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>4/29/08 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>SA Vicky Vazquez | SIGNATURE OF ARRESTING OFFICER<br>Vicky L. Vazquez |
|---|---|---|
| DATE EXECUTED<br>5-13-08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.