LAW OFFICES
**LAWRENCE D. GERZOG**
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

LAWRENCE D. GERZOG
MARIA G GIORDANO
ANNE E. GLATZ*

*ALSO ADMITTED
IN ILLINOIS

TELEPHONE (212) 486-3003
FACSIMILE (212) 486-7701

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  JUN 2 3 2008
```

**SO ORDERED**

June 17, 2008

*George B Daniel*

**HON. GEORGE B. DANIELS**

JUN 2 0 2008

By Facsimile to 212-805-6737

Honorable George B. Daniels
Untied States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Laboy, et al. (Melendez)
       08cr382

Dear Judge Daniels:

I am writing on behalf of my client, Jerry Melendez, to request a modification of his bail in the above matter so that he may go on a previously scheduled vacation to Puerto Rico. When I first made this application by letter of June 2, 2008, the Court requested that we obtain the position of Pre-Trial Services. Since that time, I have spoken with Pre-Trial Officer Joshua Rothman, who has informed me that Pre-Trial takes no position on this request. As mentioned in my previous application, AUSA John Cronan has informed me that the government consents to this request.

I thank the Court for its consideration of the above matter.

Respectfully,

Lawrence Gerzog

cc:    AUSA John Cronan
       Pre-Trial Officer Joshua Rothman